INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE THERESA CARROLL BUCHANAN.

CA- 11CV1009

DATE: 4/4/12

TIME: 10:58 TO 11:03

APPEARANCES COUNSEL FOR:

(X) PLANTIFF (X) DEFENDANT ( ) PRO SE PLAINTIFF ( ) PRO SE DEFENDANT
   VIA PHONE       VIA PHONE

DISCOVERY PLAN: DISCOVERY STAYED PENDING OUTCOME OF MOT. TO DISMISS.

( ) APPROVED ( ) APPROVED AS AMENDED ( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING ( ) WILL DISCUSS ( ) OTHER

(X) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE