IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RENEE PENN, )
    Plaintiff, )
)
v. ) Case No. 1:11cv1009
)
MICHELE S. CUMBERLAND, ESQ., )
    Defendant. )

ORDER

The matter came before the Court on defendant's motion to dismiss (Doc. 13) and plaintiff's motion to supplement her opposition to defendant's motion to dismiss (Doc. 22).

For the reasons stated from the bench,

It is hereby **ORDERED** that defendant's motion to dismiss (Doc. 13) is TAKEN UNDER ADVISEMENT.

It is further **ORDERED** that plaintiff's motion to supplement her opposition to defendant's motion to dismiss (Doc. 22), which is unopposed, is GRANTED.

It is further **ORDERED** that discovery in this matter is STAYED and all discovery deadlines TERMINATED, to be reset, if necessary, by further Order of the Court.[1]

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 27, 2012

/s/
T. S. Ellis, III
United States District Judge

---

[1] This is consistent with the Order issued by the Magistrate Judge staying discovery pending resolution of defendant's motion to dismiss. *See Penn v. Cumberland*, No. 1:11cv1009 (E.D. Va. April 4, 2012) (Doc. 19).